Form 200 – blanknotice

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                    Case No.: 16−11378−ABA
                    Chapter: 13
                    Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sara V Cain
   375 N Pearl St
   Bridgeton, NJ 08302

Social Security No.:
   xxx−xx−8080

Employer's Tax I.D. No.:

      NOTICE OF ORDER OF REINSTATEMENT OF CASE

Notice is hereby given that the above−captioned case which was dismissed on December 1, 2016 has been reinstated by order dated December 2, 2016.

Dated: December 2, 2016
JJW: bc

                                                      James J. Waldron
                                                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-11378-ABA
Sara V Cain                                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2         Date Rcvd: Dec 02, 2016
                              Form ID: 200             Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 04, 2016.
```
db          +Sara V Cain,   375 N Pearl St,    Bridgeton, NJ 08302-1501
515964543  ++++CENTER FOR DIAGNOSTIC IMAGING,    1450 E CHESTNUT AVE STE 4C,    VINELAND NJ  08361-8469
             (address filed with court: Center for Diagnostic Imaging,    1550 E. Chestnut Ave. Suite 4C,
             Vineland, NJ 08361)
515964544   +Cohanzick Orthopedics PA,   70 Manheim Ave.,    Bridgeton, NJ 08302-2136
515964547   +Helen L. Slone, M.D.,   1601 N. Second Street, Suite D3,    Millville, NJ 08332-1924
515964548   +Inspira,   PO Box 48274,    Newark, NJ 07101-8474
515964549   +Inspira Health Network,    PO Box 48274,    Newark, NJ 07101-8474
515964550   +Laboratory Corporation of America,    PO Box 2240,   Burlington, NC 27216-2240
515964551   +Michael Dovnarsky, MD,    331 White Horse Pike,    Atco, NJ 08004-2230
516061345   +MidFirst Bank,   999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
515964552   +Midland Mortgage c/o KLM Group,    #500 BNY Mellon Ind Center,    701 Market St,
             Philadelphia, PA 19106-1538
516073291   +Novad Mgmt Consulting,    2410 N.W. 23rd St #1A1,    Oklahoma City, OK 73107-2415
516073349   +Novad Mgmt Consulting,    2401 NW 23rd St #1A1,    Oklahoma City, OK 73107-2448
515964553   +Regional Diagnostic Imaging, LLC,    2527 Cranberry Hwy.,    Wareham, MA 02571-1046
515964555   +SMA Specialty Medical Lab,    940 Pennsylvania Blvd. Suite A,    Feasterville, PA 19053-7834
515964555   +Seventh Avenue,   1112 7th Ave.,    Monroe, WI 53566-1364
516030767   +Seventh Avenue,   c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
515964557   +Southern Regional Pathology Assoc.,    PO Box 754,    Millville, NJ 08332-0754
515964558   +Thrift Investment Corp,    720 King George's Post Rd,    Fords, NJ 08863-1985
516000286   +U.S. Dept. of HUD,    451 7th Street S.W.,    Washington, DC 20410-0001
516073290   +US Dept of HUD,    451 7th S.W. St,    Washington, DC 20410-0001
516073348   +US Dept of HUD,    451 SW 7th St,    Washington, DC 20410-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Dec 02 2016 23:22:36      U.S. Attorney,   970 Broad St.,
             Room 502,    Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 02 2016 23:22:32      United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,  Suite 2100,
             Newark, NJ 07102-5235
516087684    +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 02 2016 23:24:26
             Ashley Funding Services, LLC,    c/o Resurgent capital Services,    Po Box 10587,
             Greenville, SC 29603-0587
515964541    +E-mail/Text: bankruptcy@pepcoholdings.com Dec 02 2016 23:22:12      Atlantic City Electric,
             PO Box 13610,    Philadelphia, PA 19101-3610
515981372     E-mail/Text: bankruptcy@pepcoholdings.com Dec 02 2016 23:22:13
             Atlantic City Electric Company,    Pepco Holdings, Inc.,
             Bankruptcy Division, Mail Stop 84CP42,    5 Collins Drive, Suite 2133,
             Carneys Point, NJ  08069-3600
515964542    +E-mail/Text: clientrep@capitalcollects.com Dec 02 2016 23:23:29      Capital Collection Service,
             PO Box 150,    West Berlin, NJ 08091-0150
515965601    +E-mail/Text: bankruptcy@cavps.com Dec 02 2016 23:22:54      Cavalry SPV I, LLC,
             500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
515964545    +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Dec 02 2016 23:23:04      Comcast,
             PO Box 3006,    Southeastern, PA 19398-3006
515964546    +E-mail/Text: data_processing@fin-rec.com Dec 02 2016 23:22:17
             Financial Recovery Services Inc.,    PO Box 385908,   Minneapolis, MN 55438-5908
515964554    +E-mail/Text: bkrpt@retrievalmasters.com Dec 02 2016 23:22:31      RMCB,    PO Box 1235,
             Elmsford, NY 10523-0935
                                                                                              TOTAL: 10
```

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2016                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-1            User: admin              Page 2 of 2              Date Rcvd: Dec 02, 2016
                                Form ID: 200             Total Noticed: 31
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 2, 2016 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Joshua I. Goldman    on behalf of Creditor    MidFirst Bank jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Terry  Tucker    on behalf of Debtor Sara V Cain terrytucker@comcast.net
                                                                                           TOTAL: 5
```