Form order – ntcorder

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

_____

Case No.:  16−11378−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Sara V Cain
    375 N Pearl St
    Bridgeton, NJ 08302

Social Security No.:
    xxx−xx−8080

Employer's Tax I.D. No.:

_____

### NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

        Please be advised that on December 2, 2016, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 32 − 29
Order Vacating Order for Debtor (related document:29 Order Dismissing Case for Debtor (related document:28 Certification of Default of Standing Trustee filed by Trustee Isabel C. Balboa). on Trustee's Certification. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 12/1/2016. (bc)). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 12/2/2016. (bc)

        Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: December 2, 2016
JJW: bc

                                        James J. Waldron
                                        Clerk

United States Bankruptcy Court
District of New Jersey

```
In re:                                                      Case No. 16-11378-ABA
Sara V Cain                                                 Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-1         User: admin           Page 1 of 1           Date Rcvd: Dec 02, 2016
                             Form ID: orderntc      Total Noticed: 1
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 04, 2016.
db             +Sara V Cain,    375 N Pearl St,    Bridgeton, NJ 08302-1501

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2016                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 2, 2016 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor   MidFirst Bank dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Joshua I. Goldman    on behalf of Creditor   MidFirst Bank jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Terry  Tucker    on behalf of Debtor Sara V Cain terrytucker@comcast.net
                                                                          TOTAL: 5
```