UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                              :    Case No.:        __16-11378__
Sara V Cain                                         :
                                                    :    Adv. No.:        _____
                                                    :
                                                    :    Judge:           ____ABA____
            Debtor (s),                             :
_____ :                Chapter:         _____13_____

# NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable __Andrew B. Altenburg, Jr.__, United States Bankruptcy Judge.

**Reason for Hearing:**    Debtor(s) Objection to Trustee's Certification of Default

**Location of Hearing:**    Courtroom No. _4B_
Mitchell H. Cohen U.S. Courthouse
400 Cooper Street
Camden, NJ  08101

**Date and Time:**    _1/27/2017 @ 9:00 AM_,
or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**    _✔_ ARE REQUIRED    ____ ARE NOT REQUIRED

DATED:    _12/2/2016_                              JAMES J. WALDRON, Clerk

# CERTIFICATE OF MAILING

I HEREBY CERTIFY that on _12/2_____, 20 _16_ the foregoing notice was served on the following:

Sara V Cain
Terry Tucker
Chapter 13 Trustee

JAMES J. WALDRON, Clerk

*Last revised 10-15-03  jml*

United States Bankruptcy Court
District of New Jersey

In re:  
Sara V Cain  
    Debtor

Case No. 16-11378-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Dec 02, 2016  
                  Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 04, 2016.  
db          +Sara V Cain,    375 N Pearl St,    Bridgeton, NJ 08302-1501

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                               TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2016 at the address(es) listed below:  
        Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
        Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
        Joshua I. Goldman    on behalf of Creditor    MidFirst Bank jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Terry Tucker    on behalf of Debtor Sara V Cain terrytucker@comcast.net  
                                                                                                         TOTAL: 5