UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Terry Tucker
80 W Broad St
Bridgeton, NJ 08302
856-453-7440
TT8406

For Debtor(s)

Order Filed on April 26, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Sara Cain

Case Number: ____16-11378/ABA____

Hearing Date: _____

Judge: _____

Chapter: _____

Recommended Local Form:   ☒ Followed   ☐ Modified

## ORDER REINSTATING AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 26, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

      This matter having been presented to the Court by ____Terry Tucker for Debtor____ and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

      ORDERED that:

      The automatic stay as to _____MidFirst Bank_____ is reinstated effective the date of this order.

*rev.7/12/16*

2