Case 16-11378-ABA    Doc 54    Filed 05/08/17    Entered 05/08/17 07:45:36    Desc Main
Document    Page 1 of 2

Case 16-11378-ABA    Doc 51-8    Filed 04/28/17    Entered 04/28/17 16:38:02    Desc
Proposed Order Denying additional compensation    Page 1 of 2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Terry Tucker, Esq
80 W Broad St
Bridgeton, NJ 08302
TT8409
For Debtor(s)

Order Filed on May 8, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Sara Cain

Case No.: 16-11378/ABA

Chapter: 13

Judge: _____

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 8, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Attorney Terry Tucker on behalf of Debtor_____, the applicant, is allowed a fee of $ _____500.00_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____500.00_____ . The allowance shall be payable:

☑    through the Chapter 13 plan as an administrative priority.

❏    outside the plan.

The debtor's monthly plan is modified to require a payment of $_____278.00_____ per month for _____29_____ months to allow for payment of the aforesaid fee.

*Revised 10/3/02*

Case 16-11378-ABA Doc 48-1 Filed 04/28/17 Entered 04/28/17 15:36:02 Desc Main
Proposed Order for additional compensation    Page 2 of 2